IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HENRY SMITHERMAN, #223 907, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:13-cv-326-TMH ) [wo] |
| SHIRLEY WHIDDON, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and that this action be and is hereby dismissed without prejudice .

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of October, 2013.

　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE